IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEDRA RUDLEY,
AND MINOR CHILD M.D.B.                                PLAINTIFF

V.                          4:17CV00356 JM

LITTLE ROCK POLICE DEPARTMENT, et al,          DEFENDANTS

## ORDER

Pursuant to the mandate of the Court of Appeals for the Eighth Circuit, the motion for summary judgment filed by Defendants Hubert Bryant and Chris Oldham is granted based upon qualified immunity. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of October, 2019.

_____
James M. Moody Jr
United States District Judge